UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MYRIAM ZAYAS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ROSS HUNTER, et al.,<br><br>　　　　　Defendants. | Case No. C22-642 RSM<br><br>ORDER TO SHOW CAUSE |

　　　This matter comes before the Court *sua sponte*. Plaintiff Myriam Zayas, proceeding *in forma pauperis*, filed his complaint of May 9, 2022, against Defendants Ross Hunter, Robert Ferguson, and Anita Khandelwal. Dkt. #1. Plaintiff's complaint was dismissed without prejudice with leave to amend on September 30, 2022, which Plaintiff amended on October 14, 2023. Dkt. #8. Plaintiff's claims against Defendant Ross Hunter were dismissed on September 7, 2023, and this Court issued summons to Defendants Robert Ferguson and Anita Khandelwal were issued on the same day. Dkts. #13, 14. Since that time, no defendant has appeared.

　　　Plaintiff does not appear to be prosecuting her case given Defendants' failures to answer or otherwise respond. Furthermore, the Court is concerned that Plaintiff has failed to properly serve Defendants as required under Federal Rule of Civil Procedure 4(i). Accordingly, the Court now issues an Order to Show Cause why this case should not be dismissed for failure to prosecute

ORDER TO SHOW CAUSE - 1

and for improper service.  In Response to this Order, Plaintiff must write a short statement telling the Court: (1) if she intends to proceed with her claims; (2) the reason for her failure to take any action in this matter since filing and amending her Complaint; and (3) why her method of service was proper.

After considering the remainder of the record, the Court hereby ORDERS Plaintiff to file a Response to this Order to Show Cause containing the detail described above **no later than fourteen (14) days** from the date of this Order.  **This Response is not to exceed five (5) pages**. Plaintiff's failure to file this Response will result in dismissal of this case.

DATED this 2nd day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE - 2