UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYRIAM ZAYAS,

Plaintiff,

v.

ROSS HUNTER, et al.,

Defendants.

Case No. 2:22-cv-00642-RSM

ORDER OF DISMISSAL

Plaintiff Myriam Zayas filed this case against Defendants Ross Hunter, Robert Ferguson, and Anita Khandelwal on May 9, 2022. Dkt. #1. Plaintiff's Complaint was dismissed without prejudice with leave to amend on September 30, 2022, which Plaintiff amended on October 14, 2023. Dkt. #8. Plaintiff's claims against Defendant Ross Hunter were dismissed on September 7, 2023, and this Court issued summons to Defendants Robert Ferguson and Anita Khandelwal on the same day. Dkts. #13, 14. Since that time, no defendant has appeared.

Due to Plaintiff's failure to prosecute her case and properly serve Defendants, this Court ordered Plaintiff to show cause on January 2, 2024, no later than fourteen (14) days from the date of said Order. Dkt. #19. If Plaintiff did not file by January 16, 2024, or fourteen days after the Order to Show Cause was filed, the Court determined Plaintiff's case would be dismissed. *Id*.

ORDER OF DISMISSAL - 1

Plaintiff did not file a response to the Court's Order by January 16, 2024, and no other filings have been posted.

Accordingly, the Court hereby ORDERS this case is DISMISSED without prejudice. This case is CLOSED.

DATED this 6th day of February, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2